**DISMISS and Opinion Filed November 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00250-CR**

**MARK ALLAN LUDWIG, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-55588-V**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Reichek

On October 14, 2020, appellant filed a motion to dismiss this appeal, signed by appellant and counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss this appeal.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200250F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

MARK ALLAN LUDWIG,
Appellant

No. 05-20-00250-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F18-55588-V.
Opinion delivered by Justice
Reichek. Justices Molberg and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered November 18, 2020